**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


To: Chris Daniel                                    February 18, 2015

County:  Harris (Criminal)

Subject:  RETURN OF ORIGINAL EXHIBITS

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**


| 14-14-00920-CR 14-14-00921-CR | Leonard Mark Storemski v The State of Texas | 1361696 1361698 |
|---|---|---|
|  | State's Exhibit 41, a CD |  |


Received by: _____


Received on: _____